IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANDREW LEE, )<br>)<br>)<br>Plaintiff, )<br>) Case No.:<br>)<br>v. )<br>)<br>)<br>JOHN VATISTAS, )<br>) JURY DEMANDED<br>)<br>Defendant. )<br>)<br>) | |

## COMPLAINT

NOW COMES the Plaintiff, ANDREW LEE (hereinafter "LEE" or "Plaintiff") by and through his attorney, Nicholas M. Duric, and for his Complaint against Defendant JOHN VATISTAS ("VATISTAS") states as follows:

### JURISDICTION AND VENUE

1. This Court has original subject matter jurisdiction in the above-captioned cause pursuant to 28 U.S.C. §1332(a) because the matter in controversy is between citizens of different states and the damages claimed exceed the sum of $75,000 exclusive of interest and costs.

2. This Court has personal jurisdiction over the defendants pursuant to 735 ILCS 5/2-209(a) and (b).

3. Venue is proper in this district pursuant to 28 U.S.C. §1391(a).

## THE PARTIES AND FACTUAL BACKGROUND

4. LEE is an individual residing in Morton Gove, Cook County, Illinois and was at all times referenced in this Complaint a resident of the State of Illinois.

5. The defendant, VATISTAS, resides in Scottsdale, Maricopa County, Arizona, and was at all times referenced in this Complaint a resident of the State of Arizona.

6. Plaintiff LEE is a member of Wicken Cure, LLC an Arizona limited liability company.

7. Wicken Cure, LLC manages a medical marijuana business in Wickenburg, Arizona.

8. Based on information and belief, defendant VATISTAS is not a member of Wicken Cure, LLC or owner of the medical marijuana business described herein.

9. Disputes have arisen among owners and affiliated parties regarding the operation and ownership of the business.

10. On March 31, 2018 VATISTAS wrote and published an email, containing per se false and defamatory statements about LEE with regard to his profession and business. In referring to Plaintiff Andrew Lee, those per se false and defamatory statements include, but are not limited to the statement:

*"Andy in my opinion has significant memory issues. I don't believe he is mentally competent to represent your interests. In my opinion, he's also mentally unstable."*

2

The email was published to other members or representatives of members of Wicken Cure, LLC including:

| NAME | RESIDENCE |
|---|---|
| - Janet Kando | Chicago, IL |
| - Mary Desloover | Chicago, IL |
| - Geoff Harris | Chicago, IL |
| - William Lipman | Grapevine, TX |
| - Ron Zelikow | Northbrook, IL |
| - Paul Landesman | San Bruno, CA |
| - Daniel Zukerman | Highland Park, IL |
| - Josh Lee | Lincolnwood, IL |
| - Bob Voegel | Chicago, IL |
| - Howard Edison | Hinsdale, IL |
| - Zeff Asner | Deerfield, IL |
| - Andrew Lee | Morton Grove, IL |

All of the foregoing individuals, other than Daniel Zukerman and Josh Lee who are representatives of members of Wicken Cure, LLC, are members of Wicken Cure, LLC.

11. VATISTAS labels his defamatory email as a purported "Rule 408 Settlement Communication". Plaintiff states the email was not a Rule 408 Settlement Communication, and even if it were, the email would fall under Federal Rule of Evidence 408 (b) Exceptions which states *"The Court may admit this evidence for another purpose"*.

12. Prior to sending and publishing the email attached as Exhibit 1, VATISTAS had written multiple emails regarding the business described herein to the aforementioned individuals.

13. By Defendant's actions, Defendant intentionally inflicted emotional distress on LEE. As a result of Defendants' conduct, LEE has been injured and suffered damages, including injury to his business reputation, loss of prospective business opportunities, and loss of expected profit. Plaintiff seeks the relief, which is set forth below.

14. Defendant's statements about LEE constitute defamation *per se*. The statements: (1) falsely impute an inability or want of integrity in performing the duties of LEE in his profession; and (2) use false words prejudicing LEE in his trade or profession.

15. The Defendant, with intentional and/or reckless disregard for the truth, and with actual *malice*, inaccurately and unfairly issued a *libelous* email (Exhibit 1), which *libeled* and *defamed* LEE. Defendant issued the email for the improper purpose of harming LEE's reputation and business relationship, prejudicing LEE in his trade and/or his profession.

16. The wide and affirmative publication of false statements of fact damaged and impugned the integrity of LEE in his profession, impaired his business relationships, and caused him actual pecuniary loss.

**COUNT I**

**DEFAMATION**

17. Plaintiff repeats and realleges and incorporate by reference the allegations in paragraph 1 through 16 above with the same force and effect as if herein set forth.

18. Defendant published one or more oral and written false statements that were intended to impeach LEE's honesty, integrity, virtue, or reputation.

19. On March 31, 2018 Defendant published a libelous email marked as Exhibit 1.

20. The defamatory statements were included in the email marked as Exhibit 1.

21. Defendant's defamatory statements were published maliciously and with intent to destroy the Plaintiff's reputation and ability to earn a living in his chosen profession.

22. As a proximate result of the foregoing defamatory statements by Defendant, Lee suffered injuries, including injuries to his reputation.

23. The foregoing defamatory statements were made by Defendant with the knowledge of their falsity and with actual malice, so as to justify an award of punitive damages. Defendants intentionally placed Plaintiff in a false light and intentionally inflicted emotional distress on the Plaintiff.

24. The statements by Defendant were slurs on LEE's character and further included his honesty, integrity, virtue and/or reputation, the oral and written statements by Defendants Exhibit 1 were malicious and done with malice in order to destroy the Plaintiff's professional reputation.

25. LEE is not a public figure.

WHEREFORE, Plaintiff, ANDREW LEE demands judgment against Defendant JOHN VATISTAS for compensatory damages in the amount of ONE MILLION DOLLARS ($1,000,000.00), and for punitive damages in an amount that will serve to deter Defendant from similar conduct.

## COUNT II

### INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

26. Plaintiff repeats and realleges and incorporate by reference the allegations in paragraphs 1 through 25 above with the same force and effect as if herein set forth.

27. Defendant intentionally and deliberately inflicted emotional distress on LEE by defaming him by publishing the aforementioned email.

28. As a result of Defendant's extreme and outrageous conduct, LEE was, is, and with a high degree of likelihood, will continue to be emotionally distressed due to Defendant's defamation of him, has suffered and will continue to suffer mental pain and anguish.

29. As a result of Defendant's extreme and outrageous conduct, LEE has suffered and will continue to suffer mental pain and anguish, severe emotional trauma, embarrassment, and humiliation.

WHEREFORE, Plaintiff ANDREW LEE demands judgment against Defendant JOHN VATISTAS for compensatory damages in the amount of ONE MILLION DOLLARS ($1,000,000.00) and for punitive damages in an amount that will serve to deter Defendant from similar conduct.

Respectfully submitted,

**ANDREW LEE**


/s/Nicholas M. Duric

Attorney for Plaintiff


Nicholas M. Duric
Duric Law Offices
444 N. Northwest Highway
Suite 207
Park Ridge, IL 60068
847/692-3522
Duriclaw@att.net

**EXHIBIT 1**

**From:** John Vatistas <johnvatistas@gmail.com>
**Date:** March 31, 2018 at 7:36:29 PM CDT
**To:** JANET KANDO <janetkando@gmail.com>, mary desloover <marydesloover@gmail.com>, Geoff Harris <geoffrh9@gmail.com>, William Lipman <william.lipman@yahoo.com>, Ron Zelikow <arezee5@aol.com>, Paul Landesman <Paul_Landesman@hotmail.com>, Daniel Zukerman <danielzukerman1@gmail.com>, Josh Lee <joshalee1@gmail.com>, Bob Voegel <voegel@gntchicago.com>, Howard@pcrminc.com, Zeff Asner <zeffasner@gmail.com>, Zeff Asner <zeff_14@yahoo.com>, Andrew Lee <alsjinc@yahoo.com>
**Subject: Re: Last chance to settle**

**Rule 408 Settlement Communication:**

I reached out to you on October, 15, 2017 (see email trail below) in the hope of avoiding litigation and getting MMJ back on track financials. You ignored my request to reach back out to me. You are now paying the price courtesy of Andy Lee. Unfortunately, this didn't bode well for you. And it's only getting worse.

To date, Andy Lee has been wrong about every aspect of this case. He's only focused on protecting those who put you in this situation and not you. Despite his rhetoric to the contrary, his actions do you much more harm than good. In fact, no good has come your way from anything he's done.

You all seemed to be duped by the value of the license. Someday the license will be moved and the company will sell. All false information.

Here's the reality of the situation:

You don't own the license and never will. Look at your investment agreements. You bought into Wicken Cure, not MMJ. The receiver already confirmed the same.
The dispensary will not move without Ed's approval. The receiver already told you that. Your alleged mangagement agreements with Wicken Cure are not enforceable. If you read them carefully, it's easy to see why.
You have nothing but the word of someone who sold you your interests without a securities license. He didn't give you all the facts, he didn't show you the entire documentation, nor did he have you sign the agreements you were required to sign under the agreements with EOM&D. Because of this, the note is due in full. You have not vote in Wicken Cure now. The receiver has confirmed the same with you.
Wicken Cure never got an extension on the lease. This is an undisputed fact.
Wicken Cure's option to by the building expired. This is an undisputed fact.

Despite the report by the receiver, there's substantial missing marijuana. This will come out shortly.

The company was run like someone's personal piggy bank with no regard for you, the investor. The judge already knows this.

There was substantial threatening of employees, illegal activity, theft and mismanagement going on at Wicken Cure. This is grounds to terminate the agreement alone by MMJ. The judge knows this as well.

It was Andy who caused your company to go into receivership. I offered him a painless and easy out based on what I wrote below. In fact, I arranged for a dinner meeting with Ed, Andy and myself. At the end of the dinner, Andy said, "we have a deal," shook Ed's hand and gave him hug. What we didn't know is Andy was lying to Ed's face. The next morning Andy totally reneged. He said he can't let Jimmy and Johnny down. His exact words were: "it doesn't matter if they are criminals, it doesn't matter that they stole from the business. It doesn't matter that they should be in jail. They drove me to hospital when I was getting radiation." All of this legal nonsense could have been avoided. I told him this upfront. He didn't care.

I'm sure you didn't sign up for this chaos. You've had no return on your investment, the company had significant legal fees, loss of opportunity on your investment dollars, had you chose to invest elsewhere. Your investment isn't worth the membership agreement he had you sign.

Andy, in my opinion, has significant memory issues. I don't believe he's mentally competent to represent your interests. In my opinion, he's also mentally unstable. Yet, you are relying on him to protect your interests. You are being foolish. You should have your own attorney represent your own interests.

I encourage you to reach out to me directly if you want the straight scoop about the settlement offer I wrote to you on October 15th, 2017 and what you can do to avoid a certain loss in your investment. I'm happy to have a group conference call. Andy can be on the call as well, but if he speaks, I will cut him off and you will not hear the benefit of all of the information. Once he says something, he believes it. Whether it's true or not.

Andy is going on the 4th lawyer now. It's not the lawyer who's the problem. It's the client. Andy Lee is the only client.

Keep in mind, I told Ben Himmelstein he had a conflict upfront. He refused to accept the truth. I told him he was simply trying to extract as much money from this case as possible knowing full well he has a clear conflict of interest. After fleecing his legal fees, he resigned from representation. He did you more harm than good.

Same for the "brilliant" Jason Covault. He didn't listen either. He got his pound of flesh of legal fees. He had to resign for a conflict of interest as well.

Andy just fired Chris Gooch. Mr. Gooch has an excellent reputation. He is the third lawyer to now go.

Andy wanted Chris to represent Jimmy and Johny as well as Andy. Yet another conflict of interest. Chris was too smart to recognize there's a substantial conflict reprinting the other two.

Have you read the court transcripts? Have you read the depositions? You have clearly listened to Andy delusional and distorted reality. How do you reconcile that with the court's actions thus far.?

You may have substantial legal claims against Andy. Have your own attorney representing your interests. If you don't, the blind is leading the blind.

You don't realize this, but you may be on the hook for legal fees when you Andy loses the case. The company has not followed the proper corporate protocols. There will be no corporate veil to protect your interests once EOM&D wins the lawsuit. Because you are all members, Ed will obviously seek reimbursement of all fees and costs from all members, not just Lee. That means you. Those fees and costs will likely top $500k.

If you don't want to speak with me have your lawyer call me directly or call Ed's lawyer - Colin Campbell.

Dr. Kirk doesn't wish to do harm to you if you are an innocent bystander in this fight. However, if you choose to blindly follow Andy's leadership in this (and so far you are), you will get what Andy gets, which is nothing. Not only nothing, but you will be writing checks to cover Ed's legal fees.

Colin Campbell's contact info is below. Don't call him directly. Have your lawyer do so. Or call me.

http://www.omlaw.com/attorneys/bio/colin-f-campbell/

Respectfully,

John